# WARRANT FOR ARREST

CO-180 (Rev 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO | MAGIS. NO |
|---|---|---|

v   *Un-* SEALED   CR 05-185-07

MARK ANTHONY ADDERLEY

**NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**

MARK ANTHONY ADDERLEY

# FILED

## AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB: .          PDID:      NA

| WARRANT ISSUED ON THE BASIS OF | DISTRICT OF ARREST |
|---|---|

| TO:      ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy

Counterfeit Acts Committed Outside the United States

Dealing in Counterfeit Obligations or Securities

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371; 18 U.S.C. § 470 and 18 U.S.C. § 473

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|

| ORDERED BY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED |
|---|---|---|
| Magistrate Alan Kay | ALAN KAY<br>U.S. MAGISTRATE JUDGE | MAY 1 9 2005 |

| CLERK OF COURT | BY DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington | *Nancy Jackson* | 5/19/05 |

## RETURN

**This warrant was received and executed with the arrest of the above-named person.**

| DATE RECEIVED  5-19-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  8-17-07 | D.L. BALDWIN<br>SDUSM-USMS | *BB* |
| HIDTA CASE      Yes      No | | OCDETF CASE      Yes      No |

1031505