U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA     :

v.                           :

MARK ANTHONY ADDERLEY        :    Case No. 05-185-07

                             :

**ORDER**

FILED

AUG 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __21st__ day of __August, 2007,__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __special agents of the US Secret Service__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80