NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  05-185 (RMC)

**Mark Adderley**
           (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_Danny Onorato (cwh)_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Danny C. Onorato (DC Bar # 480043)
(Attorney & Bar ID Number)

Schertler & Onorato, LLP
(Firm Name)

601 Pennsylvania Avenue, NW, North Building, 9th Floor
(Street Address)

Washington, DC 20004
(City)          (State)          (Zip)

(202) 628-4199
(Telephone Number)