IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| v. | ) ) ) | Criminal No. 05-185 (RMC) |
| **MARK ADDERLEY, et. al.** | ) ) ) | |
| **Defendant.** | ) ) | |

## NOTICE OF FILING

Mark Adderley, by and through undersigned counsel, hereby respectfully files this Notice of Filing and attaches a proposed Order.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

/s/
Danny Onorato (D.C. Bar No. 480043)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Mark Adderley*