# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-185 (RMC) |
| | ) |
| MARK ADDERLEY, et. al. | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Mr. Adderley's unopposed motion to be incarcerated at the Correctional Detention facility, it is this, _____ day of August 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**, and it is,

**FURTHER ORDERED** that the Court that the Department of Corrections shall house Mr. Adderley at the Correctional Treatment facility until further Order of the Court.

SO ORDERED, this _____ day of August, 2007

_____
United States District Judge

Copies to:

AUSA Brenda Jene Johnson
AUSA Laura Ingersoll
United States Attorneys Office
  for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001

Danny Onorato, Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004