CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number 05-185-7 (RMC) |
| ) | |
| ) | Category B |
| MARK ADDERLEY ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>September 5, 2007</u> from <u>The Calendar Committee</u> to <u>Judge Rosemary M. Collyer</u> by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: <u>Judge Collyer</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk ✓
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk