UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal Action No. 05-185-7 (RMC) |
| ) | |
| MARK ADDERLEY,            ) | **FILED** |
| ) | SEP 17 2007 |
| Defendant.            ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

This matter comes before the Court on Defendant's unopposed motion to be incarcerated at Correctional Corporation of America's Central Treatment Facility ("CTF"). Upon consideration of Mr. Adderley's unopposed motion, the Court recommends that the Department of Corrections house Mr. Adderley at CTF pending his sentencing in this case.

_____
ROSEMARY M. COLLYER
United States District Judge

DATE: September 14, 2007