UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-185 (RMC) |
| | ) |
| MARK ADDERLEY | ) |
| Defendant. | ) |

**ORDER**

**FILED**
NOV 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BASED UPON the Defendant's Motion for Permission to Allow Mr. Adderley to changed into Dress Clothing for Trial testimony,

IT IS HEREBY ORDERED THAT Motion be, and hereby is, GRANTED, and it is, accordingly,

FURTHER ORDERED that the United States Marshal shall allow Mr. Adderley to change into dress clothing for trial testimony.

Dated this 28th day of November, 2007.

ROSEMARY M. COLLYER, JUDGE
UNITED STATES DISTRICT COURT